UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-cv-13259-RGS

AMERICAN GENERAL LIFE INSURANCE COMPANY

v.

SUSAN E. HIRL, DANIEL J. HIRL, AND
DANIELLE HIRL AS GUARDIAN OF M.J. HIRL, A MINOR

ORDER TO RELEASE LIFE INSURANCE PROCEEDS

November 2, 2015

STEARNS, D.J.

The court directs the court registry for the United States District Court for the District of Massachusetts to release to David W. Carr, counsel for the defendant Danielle Hirl, as Guardian of M.J. Hirl, the insurance proceeds that plaintiff American General Life Insurance Company deposited with the court -- $191,970.38 -- plus any accrued interest, for reasons set out in its prior Order issued this day (Dkt. #27).

SO ORDERED.

/s/ Richard M. Stearns
UNITED STATES DISTRICT JUDGE